Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-0688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant JUAN CESAR VALENCIA-ZEPEDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) Case No. 1:22-cr-000297-JLT-BAM |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER SHORTENING TIME FOR BAIL REVIEW HEARING |
| v. | ) |
| JUAN CESAR VALENCIA-ZEPEDA, | ) |
| Defendant. | ) |

## STIPULATION

Defense Counsel, Serita Rios, and Assistant United States Attorney, Antonio Pataca, hereby stipulate as follows:

1. The parties have been made aware of the recent medical emergency that Defendant VALENCIA-ZEPEDA has experienced while in custody.

2. Specifically, we have been informed that Defendant VALENCIA-ZEPEDA underwent emergency heart surgery on September 1, 2023. We have also been advised that Defendant VALENCIA-ZEPEDA returned to the Central Valley Annex detention facility on September 13, 2023.

3. We are in agreement that defense counsel's Motion to Reopen the Detention Hearing be held as soon as possible in light of Defendant VALENCIA-ZEPEDA's medical condition and defense counsel's concerns for his well-being.

4. We are requesting that the hearing be heard on Monday, September 18, 2023. If the Court is unwilling to hear the motion on that date, the parties request that the hearing be held on September 25, 2023.

5. Defense counsel is requesting that Defendant VALENCIA-ZEPEDA be permitted to appear for the hearing via Zoom in light of his medical condition; the government has no objection to this request.

IT IS SO STIPULATED.

Dated: September 15, 2023

*/s/ Serita Rios*

**Serita Rios**
Attorney for Defendant

Dated: September 15, 2023

*/s/ Antonio Pataca*

**Antonio Pataca**
Assistant United States Attorney

## ORDER

In light of the emergency medical condition, IT IS SO ORDERED that the motion for bail review be heard on **September 18, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Based upon the facts in the stipulation, Defendant will be permitted to appear via zoom, and subject to Defendant's waiver personal appearance at the time of the hearing.

IT IS SO ORDERED.

Dated:  **September 15, 2023**          /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE